# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

KEITH DEWAYNE MATTHEWS                                                     PLAINTIFF
ADC #143644

v.                                                   4:21-cv-00417-JM-JJV

KENDRA SMITH, Correctional Sergeant; and
C. DUNN, Correctional Sergeant, Cummins Unit, ADC            DEFENDANTS

## ORDER

The Court has reviewed the Recommendation submitted by United States Magistrate Judge Joe J. Volpe, Plaintiff's objections, motion to appoint counsel, motion for leave to file an amended complaint and motion for copies. After conducting a *de novo* review, this Court adopts the Recommendation in its entirety as its findings in all respects.

IT IS THEREFORE ORDERED that:

1. The Amended Complaint (Doc. 4) is DISMISSED WITHOUT PREJUDICE for failing to state a claim upon which relief may be granted.

2. Plaintiff's proposed amended complaint does not cure the deficiencies set forth in the recommendation. Accordingly, the motion for leave to amend, (Doc 9) is denied as futile.

3. Plaintiff's motion to appoint counsel, (Doc 7) is denied as moot.

4. Plaintiff's motion for copies, (Doc 10) is denied. The statutory right to proceed *in forma pauperis* does not include the right to receive copies of documents without payment. 28 U.S.C. § 1915; *see also Haymes v. Smith*, 73 F.R.D. 572, 574 (W.D.N.Y. 1976) ("The generally recognized rule is that a court may not authorize the commitment of federal funds to underwrite the necessary expenditures of an

indigent civil litigant's action.") (citing *Tyler v. Lark*, 472 F.2d 1077, 1078 (8th Cir. 1973)). If Plaintiff requires copies of court documents, he should contact the clerk's office to determine the proper method of requesting and paying for copies.

5. This dismissal is a "strike" for purposes of 28 U.S.C. § 1915(g).

6. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

Dated this 25th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE