IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KEITH DEWAYNE MATTHEWS                                                                PLAINTIFF
ADC #143644

v.                                    4:21-cv-00417-JM-JJV

KENDRA SMITH, Correctional Sergeant; and
C. DUNN, Correctional Sergeant, Cummins Unit, ADC                          DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE, and this case is CLOSED. It is certified that an *in forma pauperis* appeal from this Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

Dated this 25th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE